UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

TOU CHANG,                             No. 2:09-cv-01644-MCE-KJN

      Plaintiff,

  v.                                   MEMORANDUM AND ORDER

EMC MORTGAGE CORP., et. al.,

      Defendants.

This action arises out of a mortgage loan transaction in which Plaintiff Tou Chang ("Plaintiff") obtained a home loan in June 2006. Presently before the Court is a Motion by Defendants EMC Mortgage Corporation, Bear Stearns Residential Mortgage Corporation, and Mortgage Electronic Registrations Systems, Inc. (collectively "Defendants") to Dismiss the claims alleged against them in Plaintiff's First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).[1]

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 230(g).

1

1    Plaintiff's First Amended Complaint alleged violations of
2 both federal and state laws, including the Truth in Lending Act,
3 15 U.S.C. § 1601 et seq. ("TILA") and the Real Estate Settlement
4 Procedures Act, 12 U.S.C. § 2605 et seq. ("RESPA").  However,
5 Plaintiff subsequently filed an Opposition to Defendants' Motion
6 to Dismiss in which he does not oppose dismissal of his federal
7 claims alleging violations of TILA and RESPA.  (Docket No. 16)[2]
8    With only Plaintiff's state law claims remaining, this Court
9 ceases to have subject matter jurisdiction over the suit.  The
10 Court declines to exercise its supplemental jurisdiction over the
11 remaining state causes of action and they are dismissed without
12 prejudice.  The Court need not address the merits of Defendants'
13 Motion to Dismiss (Docket No. 27) as those issues are now moot.
14    Notwithstanding, Plaintiff is cautioned against filing
15 Complaints in this Court and then dismissing the federal claims
16 as soon as a Motion to Dismiss is filed.
17    For the reasons stated above, the case is dismissed for lack
18 of subject matter jurisdiction.  The Clerk is directed to close
19 the file.
20    IT IS SO ORDERED.
21
  Dated: March 25, 2010
22
23                                  _____
24                                  MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE
25
26
---
27   [2] Plaintiff's Opposition explicitly expresses non-opposition
  to dismissal of his RESPA claim.  With respect to the TILA claim,
28 Plaintiff has not explicitly opposed the motion, and based upon
  such lack of opposition, the Court dismisses the claim.

2